69 So.3d 1122 (2011)
G B & SONS, INC., Appellant,
v.
FLORIDA UNEMPLOYMENT APPEALS COMMISSION, and Adolfo Sanchez, Appellees.
No. 1D11-3409.
District Court of Appeal of Florida, First District.
September 28, 2011.
Gordon C. Watt, Coral Gables, for Appellant.
A. Robert Whaley, General Counsel, Tallahassee, for Appellee Florida Unemployment Appeals Commission.
PER CURIAM.
DISMISSED. Durando v. Palm Beach County, 719 So.2d 1258 (Fla. 1st DCA 1998).
WOLF, LEWIS, and THOMAS, JJ., concur.